UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT M. COOLEY,
Plaintiff,

v.

NEW CINGULAR WIRELESS PCS, LLC,
Defendant.

Case No. 26-cv-04042-NW

**ORDER GRANTING MOTION TO REMAND**

Re: ECF No. 12

Plaintiff Scott M. Cooley filed this limited jurisdiction unlawful detainer case in Santa Clara County Superior Court following receipt of the City of Campbell's Code Enforcement Division Notice of Violation, dated May 20, 2025. ECF No. 1-1. The Notice of Violation informed Plaintiff that his tenant, Defendant New Cingular Wireless PCS, LLC, had an expired conditional use permit. Plaintiff seeks typical unlawful detainer relief, including immediate possession of his property and termination of the lease.

Defendant removed the case to this District on May 4, 2026. ECF No. 1. Plaintiff now moves to remand the case to state court. ECF No. 12. The motion is fully briefed. ECF Nos. 15, 17.

Defendant has failed to meet its burden to demonstrate that removal to this Court was proper. Because Defendant claims federal diversity jurisdiction, Defendant must show diversity of citizenship as well as that the amount in controversy exceeds $75,000. Defendant has not done so. Plaintiff brought his case as a limited jurisdiction case in California state court; a limited jurisdiction case must have an amount in controversy that does not exceed $35,000. Cal. Code Civ. Proc. Section 85. As Plaintiff explains, "removal of unlawful detainer cases is extremely rare," because, as here, defendants are unable to show that a case can meet the amount in

controversy threshold when a plaintiff initiates an action in state court as a limited jurisdiction case. ECF No. 12-1 at 3; *see Cap. One , N.A. v. Sepehry-Fard*, No. 17-CV-07241-SVK, 2018 WL 4773535, at *1 (N.D. Cal. Feb. 1, 2018), *report and recommendation adopted sub nom. Cap. One, N.A. v. Fareed-Sepehry-Fard*, No. 17-CV-07241-BLF, 2018 WL 4781441 (N.D. Cal. Feb. 7, 2018).

Plaintiff's motion to remand is GRANTED. Accordingly, the Court REMANDS this case to the Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: July 22, 2026

Noël Wise
United States District Judge